FILED

MAR 19 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 12CR00091-001-GT |
| v. | O R D E R |
| JUANA DOMINGO-JUAN, | |
| Defendant. | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for April 23, 2012 is vacated and reset to July 2, 2012 at 9:30 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 3-19-12

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/nmd