FILED
JUN 29 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR0091-GT |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| JUANA DOMINGO-JUAN, | |
| Defendant. | |

For good cause having been shown **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for July 2, 2012 at 9:30 a.m. be continued to July 9, 2012 at 9:30 a.m.

**SO ORDERED.**

Dated: 6-29-12

HONORABLE GORDON THOMPSON, JR.
United States District Judge

12CR0091-GT